___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **DAVID PHILLIPS, JR.** | **CASE NO. 23-01316-JAW** |

### CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for Non-Payment (Docket #52) and the Debtor's Response (Docket #53). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Non-Payment is hereby denied based on the condition that the Debtor shall **submit funds directly to the Trustee in the amount of at least One Thousand Twenty-Two 00/100 Dollars ($1,022.00) by May 30, 2025.** Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned condition by **May 30, 2025,** the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: 601-981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com