

# INVOICE

Invoice # 8348
Date: 10/02/2025
Due On: 11/01/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

David Phillips, Jr.

## 04844-Phillips, Jr. David

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 12/01/2023 | Draft 2nd fee application and proposed order | 0.30 | $350.00 | $105.00 |
| Service | KR | 12/01/2023 | Prepared the Motion, the Proposed Order and the Invoice for the 2nd Application for Compensation | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/06/2023 | Review: 23-01316-JAW Order on Application for Compensation Document #32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 01/12/2024 | Review: 23-01316-JAW Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/01/2024 | Review: 23-01316-JAW Amended Order Upon Debtor Directing Payments to Trustee Document #38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/29/2024 | Review: 23-01316-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/24/2024 | Review: 23-01316-JAW Amended Order Upon Debtor Directing Payments to Trustee Document #45 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/08/2024 | Review: 23-01316-JAW Notice of Mortgage Payment Change Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/30/2024 | Review: 23-01316-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 48 | 0.10 | $360.00 | $36.00 |

Invoice # 8348 - 10/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/26/2025 | Review: 23-01316-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | CO | 02/27/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of the amended order directing payments to the trustee. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/12/2025 | Incoming Call: Phone conference with debtor concerning the amended order directing payments to trustee had an increased his plan payment to $1022.00 monthly and the debtor believes he will have a difficult time making the payments. Debtor also mentioned the notice of mortgage plan payments filed with the court in July of 2024 and he stated he was confused because the mortgage payment increase was significantly less than that. Drafted email memo to KR to advise. | 0.20 | $100.00 | $20.00 |
| Service | CO | 03/17/2025 | Call Debtor: Phone conference with debtor explaining the break down of his play payments and explained we could not lower his plan payments because his plan is already at 0% for paying back unsecured debts. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/26/2025 | Incoming Call: Phone conference with debtor stating he is planning on getting divorced and his non filing spouse wants a piece of the property that the mortgage in his plan is for. Debtor asked if the firm could provide a letter stating the property could not be broken up because of the mortgage. Informed debtor we would have to look into this, that he needed to get the courts approval before finalizing the divorce, and that we needed a copy of the initial divorce petition to do this. Reviewed chapter 13 plan and mortgage statement in client's file. Drafted email memo to KR. | 0.30 | $100.00 | $30.00 |
| Service | KR | 03/26/2025 | Review and respond to email memo: Reviewed email memo from CO re: divorce and property; drafted email memo to CO to inquire if the deed is in the Non-Filing Spouse's name | 0.10 | $155.00 | $15.50 |
| Service | CO | 03/31/2025 | Call Debtor: Phone conference with debtor to find out if the deed to his | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | home included his wife. Confirmed it did; drafted email memo to KR with the information. | | | |
| Service | TR | 04/01/2025 | Email w/ KR re: potential divorce and division of property | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/01/2025 | Reviewed internal message from TR re: property and divorce; drafted email memo to CO informing her if there is a lien on the entire property the lien will remain attached to each individual parcel even if it divided. Non-filing spouse can't remove the mortgage lien from any portion that is transferred. We would have to have bankruptcy court approval for this and the divorce court would need to approve the arrangement as well. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/03/2025 | Telephone conference with CO re: divorce and dividing up property | 0.20 | $155.00 | $31.00 |
| Service | CO | 04/15/2025 | Contact Debtor (Text/Email): Drafted email to debtor to get information on the property his non filing spouse is interested in breaking up. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/16/2025 | Call Debtor: Phone conference with debtor to follow up on the email I sent about his potential divorce yesterday. Gathered information on the property size and features. Discussed his case delinquency and what would happen if his case was dismissed. Debtor stated he missed a month's payment to make repairs on his home after a tree fell on it. Debtor inquired if insurance was being paid through the plan, reviewed Requested the debtor attempt to make extra payments to catch up. | 0.40 | $100.00 | $40.00 |
| Service | CO | 04/16/2025 | Contact Debtor (Text/Email): Resent email requesting information about their property. | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/22/2025 | Call Debtor: Reviewed court docket for the Motion to Dismiss to verify delinquency; reviewed the Trustee's website to review payments received; telephone conference with debtor about the Motion to Dismiss and the delinquency; he thought he was sending in the correct amount; reviewed the payments received and how the delinquency incurred; he will | 0.20 | $155.00 | $31.00 |

Invoice # 8348 - 10/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | make a payment towards the delinquency when he gets paid the beginning of May | | | |
| Service | JAC | 04/23/2025 | Review: 23-01316-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 52 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/07/2025 | Call Debtor: Called debtor left message; drafted email and text inquiring about the payment towards the deficiency due to the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/08/2025 | Reviewed and revised all ecf filings with correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/08/2025 | Call Debtor: Telephone conference with debtor about the delinquency and the payment towards the delinquecy | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/08/2025 | Drafted response per the Motion to Dismiss; drafted internal message to TR re: re review response | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/12/2025 | Review and approve Document: Response-M-Dismiss-Single.pdf drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/13/2025 | Call Debtor: Drafted email to the Trustee's attorney about the Hearing and working out something towards the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/14/2025 | Drafted email to the staff attorney at the Trustee's office about Motion to Dismiss settlement | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/15/2025 | Reviewed email Trustee's office; telephone conference with debtor about the delinquency amount and the scheduled payment and the Agreed Order; he understood and is agreement; drafted internal message to TR re:review AO | 0.30 | $155.00 | $46.50 |
| Service | KR | 05/15/2025 | Review email from debtor: Reviewed email from debtor with proof of payments for May 2025; merged with client documents | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/16/2025 | Drafted email to the Trustee's attorney with the signed Agreed Order per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |

Invoice # 8348 - 10/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/16/2025 | Reviewed email from the Attorney at the Trustee's office about submitting the Agreed Order before the deadline | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/19/2025 | Reviewed court docket to verify if the Agreed Order for the Motion to Dismissed was filed and the judge signed | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/19/2025 | Review: 23-01316-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/21/2025 | Review AO for MTD | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/08/2025 | Review: 23-01316-JAW Notice of Mortgage Payment Change Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | CO | 08/13/2025 | Incoming Call: Phone conference with debtor in regard to a notice from their mortgage company and inquiring if they could pay their mortgage directly. Reviewed best case for any changes in his plan, found notice of mortgage payment change and confirmed with debtor this was the notice he received in the mail. Informed debtor he needs to continue to pay his mortgage through the plan and not make direct payments. Debtor then inquired about lowering his plan payments since his mortgage decreased. Informed debtor the attorney could review his case if his expenses increase or if his income decreased. Debtor stated his expenses increased and requested we mail him the paperwork the attorney would need to analyze his case. | 0.20 | $100.00 | $20.00 |
| Service | CO | 08/14/2025 | Drafted letter to debtor with an expense sheet and requesting a recent SSI statement for the attorney to review to potentially lower their plan payments. Drafted email memo to VM to mail the letter to debtor. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/24/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | GM | 09/29/2025 | Incoming Call: Received call from debtor requesting update on plan payment reduction. Reviewed file and found required information had not been received; debtor stated he mailed it, but no record found. Mailing another expense page for debtor to | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | complete and return. | | | |
| Service | KR | 09/29/2025 | Reviewed court docket for all previous filed orders and invoices filed; reviewed the Trustee's website to verify amount of attorney's fees paid to date; drafted the 1st part of the 3rd Application for Compensation and Lodestar using the totals from the previous orders and invoices | 0.40 | $155.00 | $62.00 |
| Service | KR | 10/01/2025 | Drafted email to the Trustee's office inquiring if any additional attorney fees will be applied to the previous claims | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/01/2025 | Reviewed email from the Trustee's office stating that all remaining funds were issued yesterday; reviewed the Trustee's website and see a payment towards the attorney fees that was submitted but total amount has not been updated | 0.20 | $0.00 | $0.00 |
| | | | | **Services Subtotal** | | **$1,200.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/15/2025 | Postage: Mailed Letter with expenses pages | 1.00 | $0.74 | $0.74 |
| Expense | 10/01/2025 | Estimated Mailing Expense for the 3rd Application for Compensation (certificateofservice.com) | 1.00 | $7.68 | $7.68 |
| | | | **Expenses Subtotal** | | **$8.42** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| | Thomas Rollins | Attorney | 1.1 | $360.00 | $396.00 |
| | Thomas Rollins | Attorney | 0.4 | $350.00 | $140.00 |
| | Grayson Morrison | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | Clara Ortega | Non-Attorney | 1.6 | $100.00 | $160.00 |
| | Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 2.1 | $155.00 | $325.50 |
| | Kerri Rodabough | Non-Attorney | 0.1 | $150.00 | $15.00 |

Invoice # 8348 - 10/02/2025

| | | | | |
|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,208.92** |
| | | | **Total** | **$1,208.92** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5114 | 08/30/2023 | $1,358.60 | $0.00 | $1,358.60 |
| 5672 | 12/31/2023 | $427.86 | $0.00 | $427.86 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8348 | 11/01/2025 | $1,208.92 | $0.00 | $1,208.92 |
| | | | **Outstanding Balance** | **$2,995.38** |
| | | | **Total Amount Outstanding** | **$2,995.38** |

10/8/25, 3:10 PM                                              Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `6`  pages
   Our rate is dependant on the number of pages you are intending to upload.
   Simply look at the page count in your pdf document(s) and input that number
   of pages in the box at right.

**2**  How many parties will be receiving your documents?  `4`  parties
   This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  `2`
   We print on both sides of the sheet to reduce cost and weight.
   Printing on only one side of the sheet will quickly increase
   the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

```
           By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

                                   12
Date and Time:              Wed Oct 08 2025 15:10:35 GMT-0500 (Central Daylight Time)
Total Pages to Print:       24
Sheets Per Envelope         3
First Class Postage Rate    $ 0.78
Print Rate:                 $ 0.19
Printing Cost:              $                              4.5600000000000005
Postage Cost:               $                                            3.12
Total Cost:                 $                              7.680000000000001

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED