**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    David Phillips, Jr.                                       Case No. 23-01316-JAW
                , Debtor                                                          CHAPTER 13

### THIRD ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,345.00 | $13.60 | $1,358.60 | 29 | 08/29/2023 |
| $420.00 | $7.86 | $427.86 | 32 | 12/05/2023 |
| $1,200.50 | $8.42 | $1,208.92 | n/a | n/a |
| $2,965.50 | $29.88 | $2,995.38 | | |



# INVOICE

Invoice # 5114
Date: 07/31/2023
Due On: 08/30/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

David Phillips, Jr.
1120 Miller Lane
Wesson, MS 39191

## 04844-Phillips, Jr. David

## Ch 13 hourly - David (Refile) DNR

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 04/24/2023 | Harvesting Docs _ 4/17 | 0.30 | $350.00 | $105.00 |
| Service | KC | 04/25/2023 | Contact Debtor: Drafted email to get info on car that burned, if they got a new one bank, and did they get new debt | 0.20 | $100.00 | $20.00 |
| Service | JC | 04/27/2023 | Reviewed credit report and selected debts to import/exclude; drafted memo to YM regarding same | 0.20 | $150.00 | $30.00 |
| Service | KC | 04/27/2023 | Contact Debtor: Drafted email with CR | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/22/2023 | Drafted email to debtor letting him know the attorney is working on his case and that I will be his new point of contact; to email any new pay or bank statements to me | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/23/2023 | Input Case - update petition, schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $350.00 | $175.00 |
| Service | KC | 05/23/2023 | Contact Debtor: Spoke to our client about redoing his CCC gave him login and attny code. He said he would do it today | 0.20 | $100.00 | $20.00 |
| Service | JAC | 06/06/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | JAC | 06/06/2023 | Draft Document: Declaration to Extend Automatic Stay | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/07/2023 | Conference w/ client to review and sign initial papers | 0.40 | $350.00 | $140.00 |

Invoice # 5114 - 07/31/2023

| Service | KR | 06/08/2023 | Contact Debtor: Drafted email to debtor with information on his plan payments and what to expect during his chapter 13; also included the information on the TFS bill pay website since the debtor is paying direct | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 06/08/2023 | Review: 23-01316-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | TR | 06/08/2023 | Draft M to Extend Stay | 0.30 | $350.00 | $105.00 |
| Expense | KC | 06/08/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $7.10 | $7.10 |
| Service | TR | 06/08/2023 | Review COS and file Motion w/ court | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/08/2023 | Review: 23-01316-JAW Hearing Set Document# 11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/09/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Expense | KC | 06/09/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $6.50 | $6.50 |
| Service | JC | 06/09/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/14/2023 | Review and organize documents provided by debtor: Reviewed, organized and prepared; ID, 2 years taxes, pay and bank statements for the Trustee. Uploaded to the Trustee website for the Meeting of Creditors. | 0.40 | $150.00 | $60.00 |
| Service | KR | 06/14/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/15/2023 | Review: 23-01316-JAW Order Upon Debtor Directing Payments to Trustee Document #15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/26/2023 | Review: 23-01316-JAW Order on Motion to Extend Automatic Stay Document #18 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/05/2023 | Telephone call from debtor inquiring how to connect to the meeting of creditors; drafted text message sending phone number and passcode | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/05/2023 | Prepare for and attend 341 meeting | 0.40 | $350.00 | $140.00 |
| Service | TR | 07/31/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

Invoice # 5114 - 07/31/2023

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.2 | $350.00 | $420.00 |
| Thomas Rollins | Attorney | 1.9 | $350.00 | $665.00 |
| Kara Cunningham | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | Non-Attorney | 0.7 | $150.00 | $105.00 |
| Kerri Rodabough | Non-Attorney | 0.7 | $150.00 | $105.00 |
| | | | Total | $1,358.60 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5114 | 08/30/2023 | $1,358.60 | $0.00 | $1,358.60 |
| | | | Outstanding Balance | $1,358.60 |
| | | | Total Amount Outstanding | $1,358.60 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



## INVOICE

Invoice # 5672
Date: 12/01/2023
Due On: 12/31/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

David Phillips, Jr.
1120 Miller Lane
Wesson, MS 39191

## 04844-Phillips, Jr. David

## Ch 13 hourly - David (Refile) DNR

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 07/31/2023 | Draft Fee App | 0.30 | $350.00 | $105.00 |
| Expense | BI | 08/01/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $7.86 | $7.86 |
| Service | TR | 08/09/2023 | Review: Proof of Claim 23-01316-JAW U.S. Bank, N.A., as Trustee, c/o Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/09/2023 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/15/2023 | Review: Proof of Claim 23-01316-JAW Advanced Recovery Systems, Inc. Document # 2 - claim includes a judgement - no need to avoid as it will expire during the case | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/21/2023 | Review: 23-01316-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review Docket for Confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/25/2023 | Review: 23-01316-JAW Order Confirming Chapter 13 Plan Document #26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: 23-01316-JAW Order on Application for Compensation Document #29 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: 23-01316-JAW Notice of | 0.10 | $350.00 | $35.00 |

Invoice # 5672 - 12/01/2023

|  |  | Postpetition Mortgage Fees, Expenses, and Charges Document# doc |  |  |  |
|---|---|---|---|---|---|
| Service | TR | 12/01/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo |  | Attorney | 0.1 | $350.00 | $35.00 |
| Thomas Rollins |  | Attorney | 1.1 | $350.00 | $385.00 |
|  |  |  |  | Total | $427.86 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5114 | 08/30/2023 | $1,358.60 | $0.00 | $1,358.60 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5672 | 12/31/2023 | $427.86 | $0.00 | $427.86 |
|  |  |  | Outstanding Balance | $1,786.46 |
|  |  |  | Total Amount Outstanding | $1,786.46 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.